# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALFRED JOSEPH

VERSUS

STATE OF LOUISIANA, ET AL

NO.   2021 CW 0786

OCT 1 2 2021

---

In Re:   Alfred Joseph, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 708663.

---

**BEFORE:   GUIDRY, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED.** This court is a court of review, and relator has not pointed to any specific ruling of the district court for this court to consider.

**JMG**
**WRC**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT